# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of E.T., J.L-G, A.L-G, R.C., A.C. Jr., M.C., and O.C. children

_____

G.D.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2025-1214

_____

September 24, 2025

Appeal from the Circuit Court for Hillsborough County; Leslie Schultz-Kin, Judge.

David A. Dee of David Dee Law, Tampa, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb and Jaime Michelle Generazzo of Statewide Guardian ad Litem Office, Tallahassee; for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.